**ALEXANDER WOOL COMBING COMPANY, Defendant, Appellant, v. UNITED STATES of America, Plaintiff, Appellee.**

No. 4205.

Circuit Court of Appeals, First Circuit.
March 26, 1947.
Writ of Certiorari Granted June 16, 1947.
See 67 S.Ct. 1737.

Edward C. Park, of Boston, Mass. (Withington, Cross, Park & McCann, of Boston, Mass., on the brief), for appellant.

Melvin H. Siegel, Atty., Department of Justice, of Washington, D. C. (John F. Sonnett, Asst. Atty. Gen., and George F. Garrity, Asst. U. S. Atty., of Boston, Mass., on the brief), for appellee.

Before DOBIE (by special assignment), MAHONEY, and WOODBURY, Circuit Judges.

PER CURIAM.

We think the court below adequately covered all the issues in this case and we affirm its judgment upon the grounds and for the reasons set forth in its opinion at 66 F.Supp. 389.

The judgment of the District Court is affirmed.

**AMERICAN DRUG CORPORATION, Petitioner, v. FEDERAL TRADE COMMISSION.**

No. 13064.

Circuit Court of Appeals, Eighth Circuit.
Jan. 27, 1947.

William F. Fahey, St. Louis, Mo., for petitioner.

W. T. Kelley, Chief Counsel, Walter B. Wooden, Associate General Counsel, and James W. Cassedy, Asst. Gen. Counsel, all of Washington, D. C., for Federal Trade Commission.

PER CURIAM.

On motion of respondent to remand, proceedings remanded to Federal Trade Commission to take such action as is appropriate and necessary to rescind order of the Commission of January 17, 1945 which purported to set aside and vacate order of the Commission to cease and desist dated November 21, 1934, and dismiss the complaint without prejudice, and to take such further action as may be proper, in accordance with the laws applicable thereto and the opinion of this Court announced herein on June 8, 1945, on motion of respondent to dismiss, 149 F.2d 608.

**EMPIRE TRUST COMPANY, et al., as Trustees, etc., et al., Appellants, v. UNITED STATES TRUST COMPANY OF NEW YORK, et al., as Trustees, etc., et al.**

No. 13326.

Circuit Court of Appeals, Eighth Circuit.
Jan. 30, 1947.

F. H. Stinchfield, of Minneapolis, Minn., W. G. Murphy, of New York City, Henry S. Mitchell and Mr. Leonard H. Murray, both of Minneapolis, Minn., for appellants.

George W. Morgan, of St. Paul, Minn., M'Cready Sykes and Lloyd W. Kitchel, both of New York City, and Frank Jones, E. E. Boyner, James E. Dorsey and Donald West, all of Minneapolis, Minn., for appellees.

PER CURIAM.

Appeal from District Court dismissed without taxation of costs in favor of either of the parties in this Court, on motion of appellants.